UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| In re: | CHAPTER 7 |
| --- | --- |
| Sivadasan Nair and Vasanthy Nair, | CASE NO. 09-43371-JBR |
| Debtors. | |

### Order Granting Wells Fargo Bank, N.A. Relief From The Automatic Stay And Leave To Foreclose Mortgage

This matter has come before the Court, and after full consideration, and no objections having been filed after proper notice, it is hereby ordered that Wells Fargo Bank, N.A., its Successors and/or Assigns, Motion for Relief From the Automatic Stay is hereby granted and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by Sivadasan Nair and Vasanthy Nair to Mortgage Electronic Registration Systems, Inc., dated December 14, 2006 and recorded with the Middlesex County (Northern District) Registry of Deeds at Book 20803, Page 264 and which covers the premises located at 108 Genest Street, Dracut, MA 01826, and may exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, including, without limitation, summary process proceedings, as are permissible by law, all as set forth in its Motion.

*Joel B. Rosenthal*

9/1/2009

Honorable Joel B. Rosenthal
United States Bankruptcy Judge

200908-0920