Certificate Number: 03844-MA-DE-008460103

Bankruptcy Case Number: 09-43371

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on September 24, 2009, at 3:57 o'clock PM EDT, Sivadasan Nair completed a course on personal financial management given by internet by Start Fresh Today Instructional, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date: September 24, 2009     By     /s/Carlos Mendoza

Name     Carlos Mendoza

Title     Educator