**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

In the Matter of:                  }
                                   }    Case No. 09-43371
Sivadasan & Vasanthy Nair          }    Chapter 7
Debtor                             }

**Certificate of Service -AMENDED**

I, Stefan E. Cencarik, hereby certify that on October 22, 2009 a true copy of NOTICE OF APPEARANCE AND REQUEST TO BE ADDED TO SERVICE LIST was presented via this Courts electronic notice system, upon all parties listed below.

/s/ Stefan E. Cencarik
Stefan E. Cencarik, BBO# 666766
Grantham Cencarik, PC
271 Cambridge Street
Suite 203
Cambridge, MA 02141
Tel. (617) 497-7141

| **Joseph H. Baldiga**<br>Mirick, O'Connell, DeMallie Lougee,<br>1700 West Park Drive<br>Westborough, MA 01581 | **US Trustee**<br>John Fitzgerald<br>Office of the US Trustee<br>10 Causeway Street<br>Boston, MA  02222 |
|---|---|
|  |  |