**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

In Re:   Sivadasan Nair and Vasanthy Nair        Chapter: 7
         Debtor,                                 Case No: 09–43371
                                                 Judge Joel B. Rosenthal

### ORDER DISCHARGING TRUSTEE
### AND CLOSING CASE

It is hererby **ORDERED** that Joseph H. Baldiga, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:12/22/09                                    By the Court,

                                                 Joel B. Rosenthal
                                                 U.S. Bankruptcy Judge